**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Keeyon M. DUNBAR, Defendant–
Appellant.**

No. 15–2534.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 7, 2015.

Filed: Oct. 14, 2015.

Anita L. Burns, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

David A. Barnes, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

While Keeyon Dunbar was serving a period of supervised release on a federal criminal sentence, he admitted to the district court [1] that he had violated his release conditions. The court revoked supervised release and imposed a within-Guidelines-range revocation sentence of 11 months in prison. On appeal, Dunbar contends that the sentence is substantively unreasonable. Upon careful review of the record, we conclude that the court did not abuse its discretion. *See United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.